IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01137-MSK-MJW

DANIEL J. RIDGEWAY,

    Plaintiff,

v.

TOM PITERA,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE
_____

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice **(#18)** and the Court being fully advised in the premises, does hereby dismiss with prejudice the claims asserted between and among Plaintiff, Daniel J. Ridgeway, and Defendant, Tom Pitera. The clerk is directed to close this case.

DATED this 13th day of March 2006.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge